IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:18-MJ-599 (1) |
| vs. | : | HONORABLE MICHAEL J. NEWMAN |
| BROWN, Michael | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on September 6, 2018, to reflect:

1. The suspension of the Location Monitoring condition to allow the defendant to attend residential substance abuse treatment at Nova Behavioral Healthcare (Nova) in Dayton, Ohio for a period of 14 to 28 days as directed by the United States Pretrial Services Office in conjunction with Nova.

All other conditions remain in full force and effect.

11-2-18
Date

HONORABLE MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE